IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEANDREW JACKSON,

    Plaintiff,

v.                               CASE NO. 4:15-cv-509-RH-GRJ

UNKNOWN OFFICER,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

Plaintiff initiated this case by filing a handwritten document construed as a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983.  ECF No. 1.  Plaintiff has neither paid the $400.00 civil rights filing fee nor filed a motion for leave to proceed as a pauper.  The Court ordered Plaintiff to file an amended complaint on the Court's form and to either pay the filing fee or file a motion for leave to proceed as a pauper on or before November 30, 2015.  As of this date, Plaintiff has failed to comply.

Accordingly, it is respectfully **RECOMMENDED** that this case should be **DISMISSED** without prejudice for failure to prosecute and failure to

comply with an order of the Court.

  **IN CHAMBERS** in Gainesville, Florida this 3rd day of December 2015.

         *s/Gary R. Jones*
         GARY R. JONES
         United States Magistrate Judge

### NOTICE TO THE PARTIES

  Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.